# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Twin Flames Universe.Com Incorporated, et al | ) | |
| *Plaintiff,* | ) ) ) | Civil Action No. 20-11659 |
| v. | ) ) | |
| Lisa Elle Giacomini, et al | ) ) | Hon. Gershwin A. Drain |
| *Defendant.* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: Lisa Elle Giacomini

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Kerry
> Kerry Law PLLC
> 214 S Main St.
> Suite 200
> Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 23, 2020



# Summons and Complaint Return of Service

Case No. 20-11659
Hon. Gershwin A. Drain

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Lisa Elle Giacomini</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Twin Flames Universe.Com Incorporated, et al | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 20-11659 |
| v. | ) ) | |
| Lisa Elle Giacomini, et al | ) ) ) | Hon. Gershwin A. Drain |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Arcelia Francis Hugues

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Kerry
> Kerry Law PLLC
> 214 S Main St.
> Suite 200
> Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 23, 2020



# Summons and Complaint Return of Service

Case No. 20-11659
Hon. Gershwin A. Drain

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arcelia Francis Hugues
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Twin Flames Universe.Com Incorporated, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 20-11659 |
| v. | ) | |
| Lisa Elle Giacomini, et al | ) | Hon. Gershwin A. Drain |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Adam Katsale

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Matthew Kerry
   Kerry Law PLLC
   214 S Main St.
   Suite 200
   Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By: s/LGranger
                                            *Signature of Clerk or Deputy Clerk*

                                         Date of Issuance:  June 23, 2020



# Summons and Complaint Return of Service

Case No. 20-11659
Hon. Gershwin A. Drain

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Adam Katsale
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Twin Flames Universe.Com Incorporated, et al | ) | |
| *Plaintiff,* | ) | Civil Action No. 20-11659 |
| v. | ) | |
| Lisa Elle Giacomini, et al | ) | Hon. Gershwin A. Drain |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Elizabeth Kaloczi

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Kerry
Kerry Law PLLC
214 S Main St.
Suite 200
Ann Arbor, MI 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 23, 2020



# Summons and Complaint Return of Service

Case No. 20-11659
Hon. Gershwin A. Drain

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Elizabeth Kaloczi
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: