UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM, INC., *et al*,

    Plaintiffs,

-vs-                      Case No. 2:20-cv-11659-GAD-DRG

                              Hon. Gershwin A. Drain

ARCELIA FRANCIS HUGUES, *et al*,
    Defendants.

---

### STIPULATED ORDER EXTENDING TIME FOR DEFENDANT ARCELIA FRANCIS HUGUESTO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

This matter is before the Court on the stipulation of the parties as evidenced by the signature of Defendant *pro se*, Arcelia Francis Hugues and Plaintiffs' counsel, below.  Plaintiffs had previously extended the time for Ms. Hugues to respond to the Complaint to August 20,2020 and have now agreed to a further extension.  The Court has read the stipulation, finds good cause for the entry of this order pursuant to Fed. R. Civ. P. 6(b)(1)(A).

It is therefore ordered that the time for Defendant Arcelia Francis Hugues to answer or otherwise respond to Plaintiffs' Complaint [Dkt. No. 1] is extended through (and including) Friday, September 11, 2020.

Dated: August 18, 2020	s/Gershwin A. Drain_____
	Hon. Gershwin A. Drain
	United States District Court Judge




  __/Matthew Kerry_____
 By: Matthew Kerry (P817930
     Counsel for Plaintiffs
     214 South Main St. Suite 200
     Ann Arbor, MI 48104
     Telephone: (734) 253-1193
     Facsimile: (734) 661-0765
     Email: matt@kerrylawpllc.com

  /s/ Arcelia Francis Hugues (w/ perm)
 By: Arcelia Francis Hugues, Defendant
     *Pro Se*
     7994 State Route 20
     Madison, NY 13402
     Telephone: 315-404-9442
     Email: archaicarcelia@zoho.com


Dated: August  14, 2020

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>    Plaintiffs,<br><br> vs.<br><br>LISA ELLE GIACOMINI, et al.,<br><br>    Defendants. | Case No.: 20-CV-11659<br><br>Hon. Gershwin A. Drain |

**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY ORDERED, pursuant to a Stipulation filed in this Court, that Defendant Adam Katsale shall have until the end of the day on September 11, 2020 to respond to Plaintiffs' Complaint in this matter.

Dated: August \_\_\_\_, 2020

                _____
                HON. GERSHWIN A. DRAIN
                UNITED STATES DISTRICT JUDGE