**August 28th, 2020**                                          CASE #: 20-11659
**Adam Katsale**
**917-734-0245**
**ascensionexpress1111@gmail.com**

Good day to you sir/madam,

I am writing in to request an extension of time in regards to sending in a motion/answer. It is my understanding that I've been granted an extension of time so far up until September 11th, 2020.

I've already asked the plaintiff's attorney to grant me an additional time extension, but he (Matthew Kerry) and the plaintiff's main counsel (Lewis & Lin) are trying to get me to agree to, waiving my right to send in a defense. I refuse to cooperate with such an unreasonable condition in exchange for an extension of time to respond.

I would be ever so grateful for this additional extension of time. May I also ask how many extensions in total I would be allowed/granted to have?

Sincerely,
Adam Katsale