## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Michigan

Case Number: 20-11660

Plaintiff:
**TWIN FLAMES UNIVERSE.COM INCORPORATED, ET AL.**

vs.

Defendant:
**MISTY LENAE WARNER FORMERLY KNOWN AS LENAE BURCHELL, ET AL.**

20200626142504

Received by Guaranteed Subpoena Service, Inc. on the 30th day of June, 2020 at 11:40 am to be served on **Misty Lenae Warner, formerly known as Lenae Burchell, 1312 W. 3rd St., McGregor, TX 76657-1413**.

I, Nicholas Clinton Roe, being duly sworn, depose and say that on the **4th day of July, 2020** at **10:51 am, I:**

**INDIVIDUALLY/PERSONALLY** executed by delivering a true copy of the **Summons in a Civil Action with Complaint for Defamation, Prayer for Relief** with the date of service endorsed thereon by me, to: **Misty Lenae Warner, formerly known as Lenae Burchell** at the address of: **1312 W. 3rd St., McGregor, TX 76657-1413**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party, Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party, Defendant is not married.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 155, Hair: Black, Glasses: N

I am of sound mind, capable of making this Affidavit. I am over the age of 18 years and I am not a party to this suit and have no interest in the outcome of the suit.

JOSEPH CHARLES KLEPPER
Notary Public, State of Texas
Comm. Expires 10-20-2021
Notary ID 131324146

Subscribed and Sworn to before me on the _15_ day of _July_, _2020_ by the affiant who is personally known to me.

NOTARY PUBLIC

Nicholas Clinton Roe
PSC13625, Exp. 1/31/2022

Guaranteed Subpoena Service, Inc.
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: PTC-2020003903
Ref: 20200626142504

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m