UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF MICHIGAN

TWIN FLAMES UNIVERSE.COM INC., a
Michigan corporation; MIND ALIGNMENT
PROCESS INC., a Michigan corporation;
JEFFREY AYAN, an individual resident of
Michigan; and SHALEIA AYAN, an
individual resident of Michigan,

    Plaintiffs,

vs.

ARCELIA FRANCIS
HUGUES, et al.

    Defendant.

Case No. 20-11659
Hon. Gershwin A. Drain

| | |
|---|---|
| **Matthew Kerry** (P81793)<br>Defendant<br>Attorney for Plaintiffs<br>214 S. Main Street, Suite 200<br>Ann Arbor, Michigan 48104<br>(734) 263-1193<br>matt@kerrylawpllc.com | Arcelia Francis Hugues,<br><br>Pro Se<br>7994 State Route 20<br>Madison, NY 13402<br>Telephone: (315) 404-9442<br>Email: archaicarcelia@zoho.com |

### STIPULATION FOR TIME EXTENSION TO RESOND TO DEFENDANT'S MOTION TO DISMISS

**IT IS HEREBY STIPULATED** by and between the Defendant and

Plaintiffs, through their respective counsel, that Plaintiffs shall have until the end

of the day on November 6, 2020 to respond to Defendant's Motion to Dismiss in

this matter.

/s/ Matthew Kerry
Matthew Kerry (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, MI 48104
734-263-1193
matt@kerrylawpllc.com

/s/ Arcelia Francis Hugues
Arcelia Francis Hugues, Defendant Pro Se
7994 State Route 20
Madison, NY 13402
(315) 404-9442
archaicarcelia@zoho.com

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

**TWIN FLAMES UNIVERSE.COM INC.**, a Michigan corporation; **MIND ALIGNMENT PROCESS INC.**, a Michigan corporation; **JEFFREY AYAN**, an individual resident of Michigan; and **SHALEIA AYAN**, an individual resident of Michigan,

    Plaintiffs,

vs.

**ARCELIA FRANCIS HUGUES, et al.**

    Defendant.

**Case No. 20-11659**
**Hon. Gershwin A. Drain**

---

**Matthew Kerry** (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

Arcelia Francis Hugues, Defendant Pro Se
7994 State Route 20
Madison, NY 13402
Telephone: (315) 404-9442
Email: archaicarcelia@zoho.com

## **ORDER FOR TIME EXTENSION TO RESPOND TO MOTION TO DISMISS**

**IT IS HEREBY ORDERED**, pursuant to Stipulation filed in this Court, that Plaintiffs shall have until the end of the day on November 6, 2020 to respond to Defendant's Motion to Dismiss in this matter.

                                                     s/Gershwin A. Drain
                                            U.S. DISTRICT COURT JUDGE

Dated: October 8, 2020