**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM, INC., *et al*,

    Plaintiffs,

-vs-                                        Case No. 2:20-cv-11659-GAD-DRG
                                                            Hon. Gershwin A. Drain

ARCELIA FRANCIS HUGUES, *et al*,
    Defendants.

---

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO FILE BRIEF IN RESPONSE TO DEFENDANT ARCELIA HUGHES'S MOTION TO DISMISS**

This matter is before the Court on the stipulation of the parties as evidenced by the signature of Defendant *pro se*, Arcelia Francis Hugues and Plaintiffs' counsel, below. Plaintiffs were to respond to Ms. Hugues Motion To Dismiss on November 6, 2020 and have now agreed to an extension. The Court has read the stipulation, finds good cause for the entry of this order pursuant to Fed. R. Civ. P. 6(b)(1)(A).

It is therefore ordered that the time for Plaintiff to file a responsive brief or otherwise respond to Defendant's Motion is extended through (and including) Friday, November 20, 2020.

Dated: November 10, 2020

                                                          s/Gershwin A. Drain
                                                          Hon. Gershwin A. Drain
                                                          United States District Court Judge

**Approved as to form and content:**

    */Matthew Kerry*
By: Matthew Kerry (P817930)
Counsel for Plaintiffs
    214 South Main St. Suite 200
    Ann Arbor, MI 48104
    Telephone: (734) 253-1193
    Facsimile: (734) 661-0765
    Email: matt@kerrylawpllc.com

*/s/ Arcelia Francis Hugues (w/ perm)*
  By: Arcelia Francis Hugues, Defendant
*Pro Se*
    7994 State Route 20
    Madison, NY 13402
    Telephone: 315-404-9442
    Email: archaicarcelia@zoho.com

Dated: November 6, 2020

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>      Plaintiffs,<br><br>  vs.<br><br>LISA ELLE GIACOMINI, et al.,<br><br>      Defendants. | Case No.:  20-CV-11659<br><br>Hon. Gershwin A. Drain |

**ORDER FOR EXTENSION OF TIME TO FILE BRIEF**

IT IS HEREBY ORDERED, pursuant to a Stipulation filed in this Court, that Plaintiff shall have until the end of the day on November 20, 2020 to respond to defendant Arcelia Hugues' motion to dismiss.

Dated:  November ____, 2020

                                                        _____
                                                        HON. GERSHWIN A. DRAIN
                                                        UNITED STATES DISTRICT JUDGE