# Exhibit B

# Twin Flames Universe: Open Forum

🔒 Private group · 13.5K members



About    **Discussion**    Announcements    Members    Events

**Arcelia Francis**
November 17, 2017 · Sangerfield, NY · 🌐

So a running issue I have been encountering is being overwhelmed with all the personal work I have to do. I naturally wanna overcome obstacles and barriers as quickly and efficiently as possible but one issue I go through is being a scatter brain and getting anxiety about all the blocks I'm facing, then I start avoiding myself again to cope. Any advice?

👍 Fabian A. Scholz and 2 others                    12 Comments

👍 Like                    💬 Comment







# Twin Flames Universe: Open Forum

🔒 Private group · 13.5K members 

About  **Discussion**  Announcements  Members  Events

 **Arcelia Francis**
August 4, 2019 · 🌐

MIND = BLOWN 

I woke up this morning feeling strange...I just had a strong longing feeling for intimacy with my TF that I never felt before. I was speaking to God asking him what this is and why its happening... We spoke for a while...And still have some things to speak of as he helps me go deeper into healing this as my #1 coach, but this is what he said that really fucking knocked my socks off... "The reason you can't find intimacy with your Life purpose after you've tried to find the flow with it so many times is because you resist intimacy with your twin flame, and its required for you to go deeper here into who you are"...

Its scary how much God reveals to you when you let your guard down and are willing to talk to him straight up with no walls...So anyways, I'm going back in now, but I just had to share this one thing...He told me something way too juicy for me to not share...Love you all, and I love my Father... ❤️