# Exhibit C

# Twin Flames Universe: Open Forum

🔒 Private group · 13.5K members 

About   **Discussion**   Announcements   Members   Events

 **Arcelia Francis**
March 23, 2019 · 🌐

*Soul Family Question*

So guys, I have a big question about soul family. When I met my sister LeDia IRL I knew right away we were connected deeply in some way, but we never noticed our soul family connection online even remotely. So lately, I've met a couple people that I suspect could be my soul family, but I don't just wanna reach out and be so eager to call someone my soul brother or soul sister because it may not be in God's truth, and in the end its no good to get excited over a potential lie.

I frankly don't care if its just me and my homegirl Ledia against the world, lmfao, but I have to know for sure, how can we be sure that someone is a member of our soul family? Are there like a set of criteria that the supossed soul family member must line up with first?

 11                                         15 Comments



**Arcelia Francis**
September 10, 2018

So I did some intense inner work again last night after being triggered by my tf again yesterday. I've come to the conclusion that I'm sick of all the masks. Sick of all the identities I've been conditioned to want. I just want to be me, whoever god wants me to be. I'm done trying to live up to the conditions each identity requires.

I came to this conclusion, oddly enpugh without tears, and I had a strange but symbolic dream. 🙂

I was at my house and I was looking out the window minding my own business from my couch. Then I see these big men dressed in white hoodies with white holeless faceless masks on. I get scared as one of them starts approaching. I go to hide in my room. Then it walks into my house, then thinking of how it might hurt my dog, I approach it, then I notice its holding piles of folded cloths in its arms (different identities), then I ignore its offering and I tackle it by jumping on it, rip off its white mask while its back to the floor and I find that it was my TF! Then I just start passionately kissing him and that was that!!
❤️

👍❤️😮 21      12 Comments

👍 Like      💬 Comment

**Sage Woodward**
Hahaha woowww that's one hell of a dream!! Jeez that could be in a movie. Nice one and that's an awesome realization! 🔥💖🔥
Like · Reply · 2y      ❤️ 1

**Shaleia Clare Ayan**
Although not with his TF, Jeffree Star is a woman dating a normal masculine Michigan dude who never dated a "man" before. He doesn't really see a man when he looks at Jeffree, he sees a woman because that's who Jeffree actually is.
Like · Reply · 2y      ❤️👍😮 9

**Sage Woodward**
Wow cool!
Like · Reply · 2y   👍 2

**Arcelia Francis**  Author