# Exhibit D

# HUGUES' FIRST WEBSITE



# Twin Flame Transcendence

Life Takes You Unexpected Places, Love Brings You Home

About

## Who am I?



*A beautiful summer's day in Upstate New York.*

Hello! My name is Arcelia Francis, and it is my pleasure to introduce myself to you. Let me start out by saying that I am a Coach and a healer. My purpose here on Earth is to bring people back into alignment with their true identities so they can live to their highest potential. At a very young age, I struggled with being raised into an identity that did not reflect the truth of who I was. I am a transgender woman, and I was assigned male at birth by society. All my life I struggled with balancing self-acceptance and society's expectations of who I should be, which nursed a rather tumultuous emotional state that I carried all throughout my life. I went through immense pain and I thought the challenges were insurmountable, until I came across the work of my spiritual teachers Jeff and Shaleia Ayan. I was taught by them how to heal my pain, and to more importantly love myself for who I was as a woman, regardless of how society felt about my choice to transition. Upon mastering self love, miracles manifested into my life almost immediately, and I even noticed people's perspectives about me changing for the better as I healed the way I viewed myself.

I have been chasing my dreams, claiming my success, and making FEB MAR APR get to where I am right now with self love, confidence, and success. I can proudly say that I am the most confident woman which I walk into a room, and no one argues about my capabilities now that 2018 2019 2020 m in my life has crossed the threshold of fear. As a coach, I will bring you into alignment with your truth and teach you how to pave the way into your perfect life and move you through any obstacles you believe are preventing you from claiming your success. I will show you just how powerful you are in creating your reality with the power of self love and acceptance, nothing will be able to stop you from manifesting your dreams once you learn this teaching.

## My Journey to the Ultimate Twin Flame Community

Soon after discovering the term Twin Flame and coming to terms with was was really going on between me and someone who I thought I was just starstruck with, I started searching for answers. I unfortunately stumbled across some Twin Flame mentors that believed and taught that not all Twin Flames are lucky enough to end up together (which is a complete lie). Fortunately for me, this journey of listening to Twin Flame liars didn't last must longer than two months and I was led to Jeff and Shaleia's Youtube channel. For the first time I felt like all that I was encountering was beginning to make sense, and not long after feeling a profound state of peace gained from their videos, my Twin Flame magically appeared as if to signify that this was the way, and these people held the key.

Since discovering their work, I have been on an immense journey of healing and transformation, and my life continues to grow and evolve. I have never been so fulfilled as I am today, a massive contrast to the hell I endured on a day to day basis prior to encountering my Divine Compliment for the first time. You can get involved with Jeff and Shaleia at ©twinflamesuniverse.com or on the Twin Flames Ascension School open forum on Facebook, I shall provide links below. I implore you to investigate their work as it has completely changed my life for eternity and nothing else could possibly compare to their work (that is not an exaggeration). We are a booming and ever expanding community intent on bringing Heaven to Earth, and we are all going to be in Union with our beloved Twin Flames, guaranteed. You can also see me and my classmates diligently working with our teachers in Twin Flame Ascension School.


 (http://web.archive.org/web/20190303190245/https://www.youtube.com/channel/UC9Rp6IXUugNEgDs0DJLvf_g)
 (http://web.archive.org/web/20190303190245/https://www.facebook.com/groups/TwinFlameAscensionSchoolOpenForum/)

 (http://web.archive.org/web/20190303190245/http://twinflamesuniverse.com/) 
 (http://web.archive.org/web/20190303190245/http://www.twinflameascensionschool.com/)

https://twinflametranscendence.com/about/  Go  FEB **MAR** APR
1 capture  03
3 Mar 2019  2018 **2019** 2020
▼ About this capture

# My Twin Flame Teachers, Jeff and Shaleia Ayan



I want you to look into this couples eyes and tell me that you do not see unconditional love. These people are among the only Twin Flames that were able to enter a harmonious union without going back into separation whilst being fully aware of the depth of their connection. When Jeff and Shaleia came into harmonious union, they knew in the deepest place within their hearts that this unconditional love had to be shared with the rest of the world. In their selflessness they brought to us the Mirror Exercise, an incomprehensibly powerful tool to heal the fragmented shards within yourself that believe in separation between you and your Twin Flame. This Mirror Exercise is part and parcel to achieving union with your Divine Compliment, and there is no other technique like it that will bring you back in alignment with unconditional love, and ultimately your Beloved. As they've both evolved, and as they continue to, they invent and bring about innovative ways to bring more and more Twin Flames into union through their healing work.

However, what makes Jeff and Shaleia different from other Twin Flame teachers? I'll make it simple for you, they are the only ones that do not preach Separation Consciousness or the lie of certainty. Too many people have been burned in the past by Twin Flame teachers seeking to profit off of their vulnerability, and it has only led to people believing that they and their Twin Flames are simply not meant to be together in this life. This is an illusion. Jeff and Shaleia's work completely *shatters* that illusion, and your illusion of separation is no special circumstance that can not be cured. Invest in their book, Twin Flame's: Finding Your Ultimate Lover to get started. It is available on Kindle and soon Paperback, and it is very cheap. I shall provide the link below in the image so you can make the first true investment into your Twin Flame Union, which is inevitable might I add.



(http://web.archive.org/web/20190303190245/https://www.amazon.com/Twin-Flames-Finding-Ultimate-Lover-ebook/dp/B0152A6GIC/ref=sr_1_1?ie=UTF8&qid=1442788415&sr=8-1&keywords=twin+flames+finding+your+ultimate+lover)Jeff and Shaleia's work empowers you to do this for yourself, you alone have the power, they don't. They are only the messengers, but it is your choice whether to be their student or not. I implore you to love yourself enough and take your first real step into union with your Twin Flame, you owe yourself that much after being apart for countless eons.

## Let Me Help You



As I continue to walk down this very divine Twin Flame path I have taken the road less traveled. I know how to heal from separation consciousness so you can achieve Harmonious Union and true love in your life. Twin Flames, Thanks to the teachers I told you about above I know the ins and outs of this journey and look forward to helping you heal! I offer readings and coaching sessions to help you heal the separation consciousness between you and the love of your life, I am rather adept at using my intuition to help you get to the core of each block so you can find love and peace in that space so you can attract your twin flame into your life *permanently*. I am a certified Live Student of Jeff and Shaleia and look forward to offering you the best Twin Flame coaching you can get! See you soon!



# HUGUES' SECOND WEBSITE

# Twin Flame Transcendence

Life Takes You Unexpected Places, Love Brings You Home

## About

## Who am I?



*A beautiful summer's day in Upstate New York.*

Hello! My name is Arcelia Francis, and it is my pleasure to introduce myself to you. Let me start out by saying that I am a Coach and a healer. My purpose here on Earth is to bring people back into alignment with their true identities so they can live to their highest potential. At a very young age, I struggled with being raised into an identity that did not reflect the truth of who I was. I am a transgender woman, and I was assigned male at birth by society. All my life I struggled with balancing self-acceptance and society's expectations of who I should be, which nursed a rather tumultuous emotional state that I carried all throughout my life. I went through immense pain and I thought the challenges were insurmountable, until I came across the work of my spiritual teachers Jeff and Shaleia Ayan. I was taught by them how to heal my pain, and to more importantly love myself for who I was as a woman, regardless of how society felt about my choice to transition. Upon mastering self love, miracles manifested into my life almost immediately, and I even noticed people's perspectives about me changing for the better as I healed the way I viewed myself.

I wish to bring this work to you and utilize my mastery of this teaching to help you get to where I am right now with self love, confidence, and success. I can proudly say that I am the most confident woman when I walk into a room, and no one argues about my capabilities now that I've taken my life back from the threshold of fear. As a coach, I will bring you into alignment with your truth and teach you how to pave the way into your perfect life and move you through any obstacles you believe are preventing you

from claiming your success. I will show you just how powerful you are in creating your reality with the power of self love and acceptance, nothing will be able to stop you from manifesting your dreams once you learn this teaching.



# Twin Flame Transcendence

## Life Takes You Unexpected Places, Love Brings You Home

## Coaching

*85$ Coaching Session With Arcelia (Via Zoom)*

In this coaching session we will work on whatever blocks you seem to be struggling with. I will address any concerns you are having about your Twin Flame journey or even your Life Purpose journey. We work on your deepest core blocks and guide you back into Union with your Beloved and resolve any conflicts around your path and moving forward. We will speak on the Zoom webcam application. I recommend using the built-in recording option if you wish to record our sessions together so you can watch them again later!

[BUY NOW] (https://app.acuityscheduling.com/schedule.php?owner=16942945&appointmentType=8651141)

_____

*333$ for 4 Coaching Sessions and 1 (30 Minute) Psychic Reading Session (Save 72$)*

In this set of coaching sessions we will again work on all the blocks that you are experiencing in your Twin Flame journey and/or Life Purpose journey. These sessions are malleable and your sessions can be scheduled at any variable length of time that is appropriate for you. If you want to have one session a week we can approach it that way. If you want to finish all four of your sessions in one week, check to see if that's a possibility in the Acuity schedule before purchasing. You will also have access to a single 30 minute Psychic Reading session that you can schedule at any point in addition to your coaching sessions. We can use your sessions whenever you'd like provided I can accommodate it in my schedule. Again, the Webcam platform Zoom will be what we use so you have the option to record our sessions!

[BUY NOW] (https://app.acuityscheduling.com/catalog.php?owner=16942945&action=addCart&clear=1&id=591008)

_____

## Disclaimer

All sales are final and non-refundable. All sessions are scheduled via Acuity Scheduling prior to your purchase. You may record any of our sessions with Zoom's built in recording function if you'd like. If you wish to cancel or reschedule your appointment, please do so via Acuity Scheduling at least 24 hours before our scheduled session. Coaching Sessions are also never intended to, meant to, or ethically capable of replacing treatment from a registered medical professional or doctor. If you are struggling with suicidal thoughts or a life threatening situation or condition, please call the National Suicide Prevention Lifeline 1-800-273-8255 or call 911 emergency, or reach any comparable emergency help in your country if you are not in the United States.







# Twin Flame Transcendence

| Choose Appointment | Your Info | Confirmation |

Returning? Log in

Please select any available time that works best for you!

**Coaching Session**
1 hour @ $85.00

Set your time zone to continue:

(GMT-5:00) Eastern Time

Set time zone

(GMT-5:00) Eastern Time change

Powered By

ACUITY SCHEDULING

# Twin Flame Transcendence

Life Takes You Unexpected Places, Love Brings You Home

## Testimonials



Gretel Marie, 26, WA

"There are times when the universe knocks on your door and presents you with gifts of insight – this is exactly how I felt when having my cards ready by Arcelia. I was very impressed with her warmth and perception – Arcelia has a true gift and connects incredibly well, not only with her cards, but with your souls energy as well. She paints a clear and hopeful picture with a focus on healing and positive transformation. After all was said and done, I felt grounded and refreshed; able to see my situation from a higher perspective… everything a tarot reading should be! <3"

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



Buttercup, Miami, FL

Bodybuilding Champion, Spiritual Guru, Former Lawyer
#theshreddedguru

"Arcelia Francis is a flipping FORCE of NATURE This DIVINE GODDESS speaks #TRUTH walks #TRUTH…she flipping is #TRUTH From compassion and with endless LOOOOVE her insights ..her Guidance and her Superpowers take u straight from suffering onto the golden stairway to HEAVEN to say that i love u and admire u deeply darling ARCELIA is the understatement of the century!"

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Alexandra Kristen Yoder

Atlanta, Georgia, US

I just had a session with Arcelia Francis (https://www.facebook.com/arcelia.francis.h?__tn__=%2CdK-R-R&eid=ARA57uPMoC2PA96x876UY8_ElEtACxt2tV7FajWOe0F5aq9zXbDxwRJiiNTkfnHXBZ_gfNO4PWOkcEbS&fref=mentions) and I am truly at a loss for words with how AMAZING she has been. We made some MAJOR breakthroughs and the entire time it was just so fun and easy like chatting with a best friend. She really channeled God with her amazing insights and provided the perfect feedback for the upsets that I was feeling. I never knew that healing of this intensity could be this light and freeing and for the first time I truly felt the meaning of "letting it be easy." It really just blew my mind how she just KNEW how to work through every single block I could present to be healed and the entire time she was just SO loving and caring towards me. I wish I could write more but I am still processing everything that has just happened and I'm still glowing from all of the immense amounts of healing. I so HIGHLY recommend booking a session with her because she is just so freaking amazing! I feel the most amazing amount of confidence now and love for myself that I never knew was possible!

Advertisements