MATTHEW KERRY (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>      Plaintiffs,<br><br>vs.<br><br>LISA ELLE GIACOMINI a/k/a ELLE GAIA d/b/a TWIN FLAMES GAIA a/k/a ASCENDED WELLNESS, an individual resident of Colorado; ARCELIA FRANCIS HUGUES f/k/a JOHN FRANCIS HUGUES d/b/a TWIN FLAME TRANSCENDENCE, an individual resident of New York; ADAM KATSALE a/k/a ADAM NAMASTE d/b/a ASCENSION EXPRESS, an individual resident of New York; and ELIZABETH "SHAKTI" KALOCZI d/b/a RISE SHAKTI, an individual resident of the United Kingdom,<br><br>      Defendants. | Case No.: 2:20-cv-11659-GAD-DRG |

## DECLARATION OF JUSTIN MERCER ESQ.

I, Justin Mercer, Esq., declare that the following is true and correct:

1.      I am an attorney duly licensed to practice law in the state and federal courts of

New York and New Jersey, as well as the District of Colorado. I am an associate with Lewis &

Lin LLC, outside litigation counsel for the Plaintiffs in the action referenced herein, and make

this declaration in support Plaintiffs' motion to extend time for service, for expedited discovery and for leave for alternative service pursuant to Rule 4(f)(3) ("Motion").

2.      I make this declaration upon personal knowledge, publicly available documents, and conversations with Plaintiffs representatives and/or documents and business records provided to me by Plaintiffs.

A.  **Attempts of Service on Defendant Giacomini**

3.      On June 26, 2020, Plaintiffs engaged a process server to attempt service upon all the defendants.  Plaintiffs timely and properly served Defendants Adam Katsale and Arcelia Hugues.  Mr. Katsale answered the complaint and Ms. Hugues responded to the complaint by way of motion.

4.      Between June 26 and July 3, 2020, Plaintiffs' process server attempted to serve Defendant Giacomini at her last known residence in Colorado. *See* **Exhibit A**.

5.      However, Plaintiffs' process server was unsuccessful in serving Ms. Giacomini after three attempts. *See id.*

6.      Then, from July 4, 2020 to August 4, 2020, Plaintiffs sought information from third parties to locate Ms. Giacomini's whereabouts.

7.      Without much success, on August 4, 2020, Plaintiffs engaged another process server to perform a skip trace as to Ms. Giacomini's physical address. *See* **Exhibit B**.

8.      Plaintiffs' process server informed Plaintiffs that the address that Plaintiffs located as to Ms. Giacomini's residence was accurate based on their searches. *See id.*

9.      As a result, between August 4-7, 2020, Plaintiffs' process server again attempted to serve Defendant Giacomini at her residence in Colorado. *See* **Exhibit C**.

10.     However, this time, Plaintiffs' process server was informed by the residents that Ms. Giacomini no longer lived there, and they did not know where Ms. Giacomini resided.

11.     Given that Ms. Giacomini is alleged to have been engaged in a civil conspiracy with other defendants, Plaintiffs expected to engage in informal discovery with either Defendants Katsale or Hugues as to their knowledge of Ms. Giacomini's whereabouts.

12.     However, as stated, there has been no Rule 26(f) conference, thus Plaintiffs could not engage in discovery with Katsale or Hugues.

13.     At all relevant times, Defendant Giacomini communicated and/or engaged with Plaintiffs via email and online. Prior to the filing of this action, Defendant Giacomini emailed Plaintiffs directly via the email address, <twinflamegaia@gmail.com> (*See* **Exhibit D**).

14.     Defendant Giacomini is the registrant and contact for her businesses' domain names <www.twinflaimesgaia.com> and <ascendedwellness.net>. See **Exhibit E**.

**B.   Attempts of Service on Defendant Kaloczi**

15.     Defendant Kaloczi is believed to be a resident of the United Kingdom.

16.     Between July 9 and August 10, 2020, Plaintiffs' UK process server attempted to serve Defendant Kaloczi at her last known residence in the UK. *See* **Exhibit F**.

17.     However, Plaintiffs' UK process server was unsuccessful in serving Ms. Kaloczi after four attempts.

18.     Ms. Kalozci's website <riseshakti.com> and Facebook page for her business "RISE SHAKTI" (https://www.facebook.com/ShaktiShivaPilates/) listed the same address that Plaintiffs attempted service—132 Cottonmill Lane, Saint Albans, UK AL1 2ez. *See* **Exhibit G.**

19.     As such, from August 11, 2020 to September 1, 2020, Plaintiffs' UK process server made an additional six attempts at the Cottonmill Lane address.  *See* **Exhibit H.**

20.     Without much success, on September 2, 2020, Plaintiffs engaged their UK process server to perform a skip trace as to Ms. Kaloczi's physical address. *See* **Exhibit I**.

21.     However, Plaintiffs' UK process server informed Plaintiffs that they could not locate another viable address based on their searches, but noted that as recently as August 14, 2020, Defendant Shakti appeared to have broadcast live video from the Pilates studio at the rear of the Cottonmill Lane address. *See* **Exhibit J**.

22.     As a result, after September 4, 2020, Plaintiffs' process server attempted to monitor the Cottonmill Lane address to notice if there was any activity at the address, but found none. *See* **Exhibit K**.

23.     That said, Defendant Kaloczi communicated with Plaintiffs extensively via email and online in forums and video chats before this action was filed.

24.     In addition, there might be additional methods of serving Defendant Kaloczi and apprising her of this lawsuit.

25.     Defendant Kaloczi is the registrant and contact for her business's domain name <www.riseshakti.com> and <www.Elizabethshaktikaloczi.com>.

26.     On www.riseshakti.com, Defendant Kaloczi lists her contact email address as <inspire@riseshakti.com> and invites customers to visit her YouTube and Facebook business pages. *See* **Exhibit L**.

27.     As set forth in the Complaint, Defendant Kaloczi made false statements about Plaintiffs via videos posted on her business YouTube and Facebook pages. *See* **Exhibit M**.

28.     Her business's Facebook and YouTube accounts indicate that she resides in "London, United Kingdom" and "Saint Albans, United Kingdom" respectively, and that she may

also be contacted via email at the following email addresses:

<info@elizabethshaktikaloczi.com> and <elizabethshaktikaloczi@gmail.com>.

    29.    I respectfully request that the Court grant Plaintiffs' Motion.

I declare that the foregoing is true and correct.

    Dated: December 4, 2020

                                      _____

                                      JUSTIN MERCER

# Exhibit A

Your process has been **NOT SERVED**

Guaranteed Subpoena Service, Inc.
P.O. BOX 2248, UNION, NJ 07083
Phone: (800) 672-1952 Fax: (908) 688-0885
Tax ID: 22-2393485 Email: Info@Served.com
www.Served.com

| | |
|---|---|
| GSS# | 20200626153945 |
| Docket/Case# | 2 20 CV 11659 GAD DRG |
| Claim/File# | |
| Plaintiff | TWIN FLAMES UNIVERSE.COM INCORPORATED, A MICHIGAN CORPORATION, ET AL |
| Defendant | LISA ELLE GIACOMINI, ET AL |
| Entity | LISA ELLE GIACOMINI |

**THIS IS NOT AN AFFIDAVIT OF DUE DILIGENCE**

| | |
|---|---|
| Address: | 7700 LESLIE DR.  LOVELAND  CO  80537 |
| Court Date: | |
| Due Date: | 7/3/2020 12:00:00 AM |
| Attorney | MATTHEW KERRY, ESQ. |
| Serving: | HOME |
| Documents: | SUMMONS AND COMPLAINT |

We were unable to serve your process for the following reason(s):

**THIS IS NOT AN AFFIDAVIT OF DUE DILIGENCE**

[ ] Evading                                         [ ] Unknown at address

[ ] Address does not exist                          [ ] Moved

[ ] Cancelled

We may be able to serve your process if we have your authorization to further investigate this matter. Please select one of the options below.

**NOTE: ALL INVESTIGATIVE WORK PERFORMED BY SPARTAN DETECTIVE AGENCY, NJ LICENSE 2392**

[x] WE RECOMMEND SEARCH:                             AUTHORIZATION FOR ADVANCED SEARCH

[x] Skip Trace - $75.00 - No Find, No Pay           [x] Affidavit of Due Diligence  $40 NJ Only, $55 Other States

[ ] Postal Forwarding - Call (877) SDA - 2009       [ ] Stake Out - For  Hours

[ ] DMV - MVC - Call (877) SDA - 2009               [ ] Corporate Search - $85

Authorizing Signature:_____       Date____/___/_____

To order search please check desired box, sign and fax back to us immediately at: (888) 224-4405



Justin Mercer <justin@ilawco.com>

## LISA ELLE GIACOMINI

**OOSPending** <oospending@served.com>                                     Wed, Jul 29, 2020 at 2:46 PM
To: "justin@ilawco.com" <justin@ilawco.com>

Hi, do you have a photo, my server is requesting a photo to serve

*Alexza Taylor*

*Out of State Customer Service*

**Guaranteed Subpoena Service - "If we don't serve it, you don't pay"**

1-800-672-1952 ext 140

1-908-687-0056 ext 140

2009 Morris Avenue

Union, NJ 07083

OOSPENDING@SERVED.COM

(908) 687-0056 (ext. 140)

(908) 688-0885 (fax)

**Voted the Best in New York,  Pennsylvania, Connecticut and New Jersey**

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.

Exhibit B



Justin Mercer <justin@ilawco.com>

---

## RE: Skip Trace

**Aline Frisch** <licensed2serve@aol.com>                                    Fri, Aug 7, 2020 at 6:23 PM
Reply-To: Aline Frisch <licensed2serve@aol.com>
To: "justin@ilawco.com" <justin@ilawco.com>

Justin I was successful in obtaining Lisa Giacomini SS# and confirmed her address as same. With respect to Andrea M Scott, her address is also the same. Call me if you require any Additional Info, Aline


-----Original Message-----
From: Justin Mercer <justin@ilawco.com>
To: Aline Frisch <licensed2serve@aol.com>
Sent: Wed, Aug 5, 2020 10:02 am
Subject: Re: Skip Trace

I am not sure these are accurate, but here is what I have:

Lisa Giacomini - August 14, 1988; (970) 232-8035 or (970) 541-8241; no SSN known

Andrea M. Scott - Sep 12, 1988; (407) 852-9069 or (863) 212-0020 or (863) 873-6013; no SSN known

With this limited info, how long do you think it would take to run a trace? I just want to give the client an idea of the timeline.

Thanks,
Justin

**Justin Mercer**
Associate

# LEWIS & LIN LLC
▶▶▶ INTERNET LAW COUNSEL

justin@iLawco.com
81 Prospect Street, Suite 8001 | Brooklyn, NY 11201
tel. (718) 243-9323 Ext. 6 I fax. (718) 243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.NYC

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.


On Wed, Aug 5, 2020 at 9:16 AM Aline Frisch <licensed2serve@aol.com> wrote:
> Justin do you have a last known phone#, Dob and ss#

On Tuesday, August 4, 2020 Justin Mercer <justin@ilawco.com> wrote:
Hey Aline:

I hope all is well.

We have a couple of defendants in separate cases that we are having trouble locating.

Could you run a skip trace on the two defendants named in the attached summonses?

The last known address we have found are also listed therein. Let me know if you have any questions.

Best,

Justin

**Justin Mercer**
Associate



justin@iLawco.com
81 Prospect Street, Suite 8001 | Brooklyn, NY 11201
tel. (718) 243-9323 Ext. 6 l fax. (718) 243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.NYC

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Exhibit C



Justin Mercer <justin@ilawco.com>

---

## Guaranteed Subpoena Service, Inc. Was Unable To Serve Your Process Regarding 2 20 CV 11659 GAD DRG (LISA ELLE GIACOMINI)

---

**NotServed@served.com** <NotServed@served.com>                    Fri, Aug 7, 2020 at 3:36 PM
To: justin@ilawco.com



# YOUR PROCESS HAS NOT BEEN SERVED

## Guaranteed Subpoena Service
## Now Offers Video Service



**Learn More**

**GSSNo: 20200626153945**
**ATTORNEY: MATTHEW KERRY, ESQ.**
**DOCKET: 2 20 CV 11659 GAD DRG**
**ENTITY: LISA ELLE GIACOMINI**
**ADDRESS: 7700 LESLIE DR.**
**LOVELAND CO 80537**
**REASON:**
**NOTES: OLDER COUPLE STATED SHE DOES NOT LIVE THERE AND THEY DO NOT KNOW WHERE SHE LIVES, THE SERVER WAS TOLD TO STAY OFF THEIR PROPERTY AND TO NOT RETURN Not Served Notification Sent By Alexza Taylor --- 8/7/2020 3:35:57 PM**

**Please click here for more information on this particular service.**

**If reason for non-service is not checked in the link, it should appear on your faxed copy as well as your mailed copy.**

**To view status of all services please visit https://www.served.com/webstatus.aspx and input your FirmID of LE042428.**

**"If we don't serve it, you don't pay!"®**
**Anywhere in the U.S.A.**

Guaranteed Subpoena Service,Inc. | 800.672.1952 | 2009 Morris Avenue Union, NJ 07083
www.Served.com

  

Guaranteed Subpoena Service, Inc. | 2009 Morris Avenue, Suite 101, Union, NJ 07083

Unsubscribe

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.

 **No-Serve.pdf**
31K

20200626153945

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20200626153945** Was

**NOT SERVED!**

NOT Served Date/Time: 1/1/0001

LEWIS & LIN LLC.
MATTHEW KERRY, ESQ.
81 PROSPECT ST # 8001
BROOKLYN  NY 11201

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: LE042428**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:     **LISA ELLE GIACOMINI**
At HOME :            **7700 LESLIE DR.  LOVELAND CO 80537**

In the Case/Docket:  **2 20 CV 11659 GAD DRG**   Claim:
Plaintiff:           **TWIN FLAMES UNIVERSE.COM INCORPORATED, A MICHIGAN CORPORATION, ET AL**
Defendant:           **LISA ELLE GIACOMINI, ET AL**
Attorney:            **MATTHEW KERRY, ESQ.**  Phone: **7182439323**  Fax: **7182439326**  Email:
Firm:                **LEWIS & LIN LLC.**
                     **81 PROSPECT ST # 8001  BROOKLYN  NY 11201**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

**Sales Tax of 6.625% Applies**

[ ]* Affidavit of Due Diligence $40 NJ only, $55 other states

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ____

_____     ___/___/_____
AUTHORIZING SIGNATURE                    DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**OLDER COUPLE STATED SHE DOES NOT LIVE THERE AND THEY DO NOT KNOW WHERE SHE LIVES, THE SERVER
WAS TOLD TO STAY OFF THEIR PROPERTY AND TO NOT RETURN**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***
The specific reasons for failure to serve are available from us in an Affidavit Form, Signed and Notarized for $40 in NJ and $55 in all other states.
Check the box above and return for the affidavit.

Exhibit D

 Gmail

Alisa Mappes <alisa.c.mappes@gmail.com>

## Fwd: PLEASE OH PLEASE TAKE ME BACCCCCCK

**TFU Management** <twinflamesuniversemanagement@gmail.com>          Wed, Sep 16, 2020 at 8:08 PM
To: Alisa Mappes <Alisa.c.mappes@gmail.com>

---------- Forwarded message ---------
From: **Elle Gaia** <twinflamesgaia@gmail.com>
Date: Tue., Jul. 16, 2019, 7:02 p.m.
Subject: PLEASE OH PLEASE TAKE ME BACCCCCCK
To: Deanna Pierce <management@twinflamesuniverse.com>

IM SO SAD!!

actually please consider this my break up letter to TFU. because I CHOOSE PERMANENT HARMONIOUS
SEPARATION FROM TFU. :D! . HOW COULD THIS BE? HOW COULD GOD BE OUTSIDE OF THIS LITTLE WORLD
WE CREATED? COULD IT BE AN EGO TRAP? no that's just me I'm choosing separation and I have no idea because
jeff and shaleia said so. LMAO THIS IS WHY TOM THINKS ITS A FUCKING CULT DEANNA BC IT IS. DERP THAT
WAS GOD SPEAKING TO YOU> MUST BE FEAR NOW BECAUSE ITS COMING FROM SOMEONE CHOOSING
SEPARATION OH MEE OY MY. - yes you will feel that I am in an upset reading this because how fragile the ego is that it
does this. you dont have any upsets. It will tell you that omg I dont like this so Im just gonna say that this person is having
an upset with my majestic self- because I am so fragile.

WOOP WOOP

just to let you know. I would like to ask that you please refrain from using my intellectual property immediately in all of
your marketing, website, media and more. ALL OF MY IMAGES YOU DO NOT HAVE RIGHTS TO INCLUDING YOUR
CURRENT MARKETING IMAGES, MEMES that I MADE WITH MY PHOTOGRAPHY and my image in all recordings I
have not given you legal right to use- nor have I signed any agreement.

I was an unpaid, overworked slave laborer and abused for over a year- I think around $2 an hour. I can sue you for this.
and I will. I quite simply dont give a fuck.

I will also be contacting my lawyer about guidance that promoted both Illegal Physical harm, emotional and spiritual harm
to me.

All degrading posts of me in your groups need to be removed immediately.

I will never sign a NDA- I will say whatever the fuck I want about you, TFU and others. I will unload this whole bag of shit,
and guess what It doesnt work. because you dont build a relationship simply with god- you simply are one with god. the work
though it gets you in a trap and makes you feel like shit because simply you think you have something wrong with you.
this is why everyone close to JS have issues with their union and I felt it mirror with William when I realized he was
actually showing me cult vibes in him because I was trying to align with an ego trap pretending to god.

when Mary died last year It was actually a clue. She did the same manipulation techniques that jeff and shaleia pulled on
us all and it was almost as if god was reminding me of that. She would feel soo good but then be so nasty- I would feel
torn- but ultimately following my heart led me to my twin flame. and yes HTFU happens outside the fragile ego trap that
TFU has become- or always was.

I wont speak to you more on this unless you want some help. I have sessions you can pay me to do that at
TwinFlamesGaia.com . because I have value. we dont ascend- we are already ascended- inherently TFU teaches people
that they have to do something to be with god and as I left I realized the lie I had been listening to. a lie that was so good
it would tell me to change how I felt with the mirror exercise rather than follow my own intuition.

In the meantime, you could kindly reimburse me for all of my TFU products I am no longer able to use, LPC in FULL,
TFAS in Full, Live payments, and TFRA AND DCT. because game is up. sales are down because we all got lied to and
manipulated.

If you want more help I am making more YT videos daily exposing the patterns here and how you can actually find harmony by living your life and following your heart, not letting use "spiritual Work" to manipulate how your heart is feeling into what  benefits a teacher over what you want to do.

--



**Elle Gaia**
CEO & Spiritual Teacher

Twin Flames Gaia
TwinFlamesGaia.com
Add me on Facebook!

 Gmail

**Alisa Mappes <alisa.c.mappes@gmail.com>**

---

## Fwd: LPC access

**Administration Twin Flames Universe** <twinflamesuniverseofficial@gmail.com>          Wed, Sep 16, 2020 at 8:10 PM
To: Alisa Mappes <alisa.c.mappes@gmail.com>

---------- Forwarded message ---------
From: **Elle Gaia** <twinflamesgaia@gmail.com>
Date: Sat., Feb. 1, 2020, 7:51 p.m.
Subject: LPC access
To: Deanna Pierce <management@twinflamesuniverse.com>, Deanna Pierce <admin@twinflamesuniverse.com>

hello,

I am trying to access my LPC account which I paid for in full and I am not able to access this. can you please help me with this?

Thank you.

hope all is well with you.

--

**Elle Gaia**
CEO & Spiritual Teacher

Twin Flames Gaia
TwinFlamesGaia.com
Add me on Facebook!

Gmail - Fwd: copyright infringement

 **Alisa Mappes <alisa.c.mappes@gmail.com>**

---

## Fwd: copyright infringement

**Administration Twin Flames Universe** <twinflamesuniverseofficial@gmail.com>     Wed, Sep 16, 2020 at 8:10 PM
To: Alisa Mappes <alisa.c.mappes@gmail.com>

---------- Forwarded message ---------
From: **Elle Gaia** <twinflamesgaia@gmail.com>
Date: Mon., Feb. 3, 2020, 6:28 p.m.
Subject: copyright infringement
To: Deanna Pierce <admin@twinflamesuniverse.com>, Deanna Pierce <management@twinflamesuniverse.com>



Jeff and Shaleia are Tr

Flame Teachers. They

Harmonious Twin Flan

you've met your Twin I

To date, Jeff and Shaleia have brought 18 couples into Harmonious Tv



8 Signs of a Twin Flame Union – How to know if you met your Twin Soul →

Heaven on Earth is Here



It was January 2018 when I first found the community that Jeff and Shaleia created. I still remember it clearly,

although, at the time, I had no idea how much their work would change my life.

Please Remove these images from your sites immediately as well as any of my other photography and intellectual property or recordings of me. I did not consent for you to use my image for profit.

Thank you. Regards
--

**Elle Gaia**
CEO & Spiritual Teacher

Twin Flames Gaia
TwinFlamesGaia.com
Add me on Facebook!

Exhibit E



@twinflamesgaia

Sign Up Today for Twin Flame Academy! ONLY A FEW SPOTS LEFT!

Sign Up today for a FREE consultation

Check out our Youtube!

Like Us on Facebook!



This is Google's cache of https:/ ... he page as it appeared on Feb 13, 2020 03:45:04 GMT. The cu ... more.

**Full version**     Text-only versi ...

Tip: To quickly find your search t ... he find bar.




Donate

## Sessions

Discover your Divine
Power
Align with your Twin
Flame
& Love yourself today!
We are happy to guide
you there.

Click Here to SAVE $44 on your first Session with u

### The Difference of Our Work

In just an hour you can move through things that could take you years
of circling in upsets and mirror exercises. There is nothing wrong with you. Instead of looking for problems, our sessions are focused on helping you build up your confidence, presence, and self love. It's in this state that you attract your Twin Flame. Being is true surrender. You don't have to question your truth to know what feels right in your heart.  Our sessions are simply designed to quickly shift you back into your power and divinity.

Our sessions empower people through any life circumstance. Trauma, and
old relationship patterns fall away with these powerful sessions, people
manifest new jobs, Health improves, and their Twin Flames showing up and texting has happened within minutes. Just read our testimonials!

All sessions are private, completely confidential, and highly effective.

Sessions are held over video chat, Zoom cloud

meetings is preferred but we can also do Facebook or google meetups.

For packages, you will be sent to your payment email upon payment within 24 hours. What are you waiting for? Change your life today!

Click Here to SAVE $44 on your first Session with us!

## Coaching & Packages

## Alignment Coaching

This powerful session is divinely guided to awaken you into perfect harmony with the love of your life. It is an hour long & very powerful. We offer both single sessions and discounted packages if you are wanting to make that extra boost happen with regular work.

We use a variety of divinely guided techniques including the mirror exercise, life purpose work, trauma healing, Twin flame healing techniques, hara alignment, chakra healing, and soul retrieval to help you learn how to heal your life and achieve your dreams. Sessions are divinely guided and are designed to help you find your own Divine Power.

Alignment Coaching Sessions and Packages

## Alignment Coaching & Reading!

This session is an hour of virtual in person work, with a channeled reading to help guide you. It includes channeled messages, decrees and areas of self improvement to help you grow deeper into self love. Our readings are very valuable- and you will see major shifts as you love yourself and follow your heart.

Channeled progress readings

Case 2:20-cv-11659-GAD-DRG   ECF No. 17-1, PageID.247   Filed 12/04/20   Page 26 of 52

arrive within 1-3 business days of the session, but may take as long as 7 business days.

Alignment Coaching & Reading Sessions and Packages

## Loving yourself Guarantees Results

At Twin flames Gaia, we stand behind the quality of our work. All sales are final, no refunds. If you need to reschedule please email with at least 24 hours notice so that you do not forfeit your session. We are not medical professionals and spiritual advice is not medical advice, nor should it replace medical advice. You are responsible for your health. You are responsible for your spiritual work. As you love yourself you will find results.

Spiritual work is not a substitute for medical attention, examination, diagnosis or treatment. Yoga is not recommended and is not safe under certain medical conditions and should be approved with a physician if you have concerns about it. Please advise the teacher before class if you have any current health conditions and need modifications.  Any advice given is spiritual advise and is not to replace medical care. Your participation waives liability of Twin Flames Gaia, Elle Gaia, and affiliates.

©2019 Twin Flames Gaia

 fiverr.

Join

🔍 Find Services

**Looks Like This Service Is On Hold**

Lifestyle › Spiritual & Healing

# I will twin flame help consultation

 **twinflamesgaia**



⤢ Full Screen

---

**30 minute consultation**                                              $5

I will show you the best success plan to meet, discover, & come into twin flame union

🕐 2 Days Delivery     🔄 1 Revision

---

Contact Seller

## About This Gig

Do you want to know the secrets to being in twin flame union? Would you like to find out who your Twin Flame is, or how to attract your Twin Flame? In this 30 minute consultation we will explore what you need to come into union, how to do the most important Twin Flame Tool, the Mirror exercise, and chat about services and classes to support you into Harmonious Twin Flame Union.

Harmonious Twin Flame Union.

+ See More

## About The Seller



**twinflamesgaia**

Contact Me

From
**United States**

Member since
**Mar 2019**

I'm a Twin Flame & Ascension Coach affiliated with Twin Flames Universe, and founder of Twin Flames Gaia .com. I offer divinely guided sessions that will help you clear blocks to being with your one true love your Twin Flame, and your Life

+ See More

ⓘ Note: Spiritual & Healing services do not replace professional counseling

If you seek medical, legal, financial, or any other professional advice, reach out to a licensed or qualified professional.

## Related Tags

psychic      love      soulmate      twin flame      twin soul

Categories                                                    ⌄

About                                                         ⌄

Support                                                       ⌄

Community                                                     ⌄

More From Fiverr                                              ⌄



© Fiverr International Ltd. 2020

🌐 English      $USD



youtube.com/watch?v=5hkAns...

≡  ▶ YouTube

Search



**Twin Flames Gaia**

▶  ▶|  🔊  0:02 / 30:35

     

I survived a Twin Flame Cult!

4,087 views • Jul 30, 2019

👍 130   👎 6   ➔ SHARE   ≡+ SAVE   •••

M Baker

Exhibit F

Lewis & Lin LLC Mail - Message from justin@ilawco.com via www.ProcessServing.co.uk



Justin Mercer <justin@ilawco.com>

---

## RE: Message from justin@ilawco.com via www.ProcessServing.co.uk

**Simon Pinkney** <simon@processserving.co.uk>                    Fri, Jul 10, 2020 at 6:01 AM
To: Justin Mercer <justin@ilawco.com>

Dear Justin,

Thank you for your email. I will send you our invoice by email shortly.

Normally we can get in to see Notaries within 3-5 days or sooner. However, due to the pandemic, we have had one or two problems recently as Solicitors / Notaries offices have been closed. Lots of businesses are opening back up now though.

Kind regards,

Simon

Simon Pinkney

**PB Process Servers UK**

Nationwide Process Serving – Enquiry Agents – Legal Support Services

**t.** +44 (0) 113 286 83 80

**e**. Simon@ProcessServing.co.uk l**w.**  www.ProcessServing.co.uk

**Office:** PB Process Servers UK, First Floor, 71 Kingsway, Garforth, Leeds, LS25 1DQ, United Kingdom

---

**From:** Justin Mercer <justin@ilawco.com>
**Sent:** 09 July 2020 12:16
**To:** Simon Pinkney <simon@processserving.co.uk>
**Subject:** Re: Message from justin@ilawco.com via www.ProcessServing.co.uk

Thanks Simom.

Could we proceed to serve the attached summons and complaint and have the affidavit notarized before a notary public?

How long after completion of service will it take to be notarized by a notary?

Thanks again,

Justin

**Justin Mercer**

Associate



justin@iLawco.com

81 Prospect Street, Suite 8001 | Brooklyn, NY 11201

tel. (718) 243-9323 Ext. 6 l fax. (718) 243-9326

iLawco.com | TrademarkAttorneys.com | Defamation.NYC

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.



Justin Mercer <justin@ilawco.com>

---

## Elizabeth Kaloczi - Summons and Complaint

---

**Simon Pinkney** <simon@processserving.co.uk>                     Mon, Aug 10, 2020 at 4:57 AM
To: Justin Mercer <justin@ilawco.com>

Dear Justin,


We have attended 4 times to date at the service address, which is a private residential property with a porch shaped like a church entrance but have been unable to obtain a reply. We have spoken with the neighbours on both sides, but they say that the occupants keep very much to themselves and never speak.


We pass by the address quite often so will try a couple of more times to see if I can get a reply.

[Quoted text hidden]

Exhibit G



RISE
*Shakti*



inspire@riseshakti.com

Log In

Home   About   Fitness   Retreats   Events   Transformational Coaching   My Story   Book   Blog   Shop   More

## My Cart

| | Transformational Coaching - 7 sessions | £750.00 | ✕ |
| | £750.00 | | |
| | − 1 + | | |

🏷 Enter a promo code

📄 Add a note

SSL SECURE SHOPPING
Your data is safe and secure.

## Order Summary

| Subtotal | £750.00 |
| Shipping | FREE |
| Michigan, United States | |
| Total | £750.00 |

Check out with **PayPal**




facebook.com/ShaktiPilates/

Q Search Facebook




 **Shakti Pilates**



## About

See All



📍 132 Cottonmill Lane AL1 2ez
Saint Albans, UK

ℹ️ Pilates Teacher Training, pilates classes, ASIA, Bali, Australia, UK, with one of UK's most experienced teachers http://www.Elizabethshaktikaloczi.com

ℹ️ jOIN ME in a 30 day online challenge- 10 mins of yoga. Pilates, Yoga, & meditation a day.... i'll be posting a video on here daily!

👍 761 people like this

☑️ 753 people follow this

🌐 http://www.riseshakti.com/

💬 Send Message

💲 Price Range · $$

✉️ elizabethshaktikaloczi@gmail.com

🏢 Gym/Physical Fitness Center · Health/Beauty · Health Spa



CURRENT CITY AND HOMETOWN



**London, United Kingdom**
Current city

OTHER PLACES LIVED



**Fit From Within Pilates Studio**

@FitFromWithinpilates

Home

About

Reviews

YouTube

Twitter

Videos

Photos

Events

Posts

Groups

Community

👍 Like    ↗ Share    ✏ Suggest Edits    ···

Book Now    💬 Send Message

About



**FIND US**

132 Cottonmill Lane
Saint Albans, UK

📞 Call +44 7415 352303

Get Directions

**HOURS**

🕐 Open Now      9:00 AM – 9:00 PM

**BUSINESS INFO**

ℹ Business Details

    Price Range     $$

**ADDITIONAL CONTACT INFO**

✉ info@elizabethshaktikaloczi.com

🌐 http://www.Fitfromwithin.co.uk

**MORE INFO**

ℹ About

**TEAM MEMBERS**

Shakti Kali Kaloczi

Exhibit H



Justin Mercer <justin@ilawco.com>

---

# Elizabeth Kaloczi - Summons and Complaint

**Simon Pinkney** <simon@processserving.co.uk>                   Thu, Aug 27, 2020 at 4:49 AM
To: Justin Mercer <justin@ilawco.com>

Justin

My process server says:-

I have still been unable to obtain a reply and not sure we will.

I stopped when passing on Wednesday 12th August at 8:20pm when lights were on and a TV was on in the front room but no reply was obtained. There was also an 05 reg Citroen on the drive. There was no one in the room with the TV so it is possible they had gone out but I suspect they were home but would not answer the door. I knocked several times.

I then attended on Monday 17th August at 3:45pm and Friday 21st August at 10am but obtained no reply.
I have tried other neighbours but other than confirming a black family reside there no one will confirm their names.
I don't think we are going to get a reply here having now been 7 times so will close and return a Statement of Attempts.

Kind regards,
Simon

Simon Pinkney
PB Process Servers UK
Nationwide Process Serving – Enquiry Agents – Legal Support Services
t. +44 (0) 113 286 83 80
e. Simon@ProcessServing.co.uk |w. www.ProcessServing.co.uk
Office: PB Process Servers UK, First Floor, 71 Kingsway, Garforth, Leeds, LS25 1DQ, United Kingdom

---

**From:** Justin Mercer <justin@ilawco.com>
**Sent:** Friday, August 21, 2020 10:25:40 PM

[Quoted text hidden]

[Quoted text hidden]

# Exhibit I



Justin Mercer <justin@ilawco.com>

---

## Elizabeth Kaloczi - Summons and Complaint - Invoice 27675 from PB Process Servers UK - 01/09/2020

---

**Simon Pinkney** <simon@processserving.co.uk>                Wed, Sep 2, 2020 at 9:54 AM
To: "justin@ilawco.com" <justin@ilawco.com>

Dear Justin

Please find attached Visa Receipt. I will let you know as soon as I have the trace result.

[Quoted text hidden]

---

📄 **Vr27675_02092020143426.PDF**
   57K

Exhibit J



Justin Mercer <justin@ilawco.com>

---

## Elizabeth Kaloczi - Summons and Complaint

**Simon Pinkney** <simon@processserving.co.uk>
To: Justin Mercer <justin@ilawco.com>

Thu, Sep 3, 2020 at 12:07 PM

Dear Justin,


We have undertaken a trace enquiry. No new address information is available.


However, the tracing agent has found this subject on Facebook: https://www.facebook.com/profile.php?id=1140485803. She is known as 'Shakti'.


She runs a pilates studio which is in the back garden of the address at; 132 Cottonmill Lane, St. Albans, AL1 2EZ. She post's lots of videos from her Facebook and she was present at this studio a couple of weeks ago (18/08/2020).


There is also a video posted 14/08/2020 which shows subject to be inside the property at 132 Cottonmill Lane. I have cross referenced these video's with pictures of the property taken from Zoopla: https://www.zoopla.co.uk/property-history/132-cottonmill-lane/st-albans/al1-2ez/48273079.


No links to any other UK address currently. Might be worth another visit as I think she is still there, she certainly was still there a few weeks ago. However, we would need to raise a further invoice for this due to the number of visits already made.


Please let me know if we should proceed.

[Quoted text hidden]

Exhibit K



**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL                                   Justin Mercer <justin@ilawco.com>

---

## Elizabeth Kaloczi - Summons and Complaint

---

**Simon Pinkney** <simon@processserving.co.uk>                    Mon, Sep 7, 2020 at 5:10 AM
To: Justin Mercer <justin@ilawco.com>

Justin,


Tony's comment are; The property is a terrace with an alleyway to the side shared with the neighbouring property, there is no evidence that she runs a palates studio from here and no signage.

[Quoted text hidden]

Exhibit L



RISE
Shakti



inspire@riseshakti.com

Log In

Home   About   Fitness   Retreats   Events   Transformational Coaching   My Story   Book   Blog   Shop   More

I love you, whoever's reading this. I don't care who you are I don't care what you've been through.
You are loved.



Exhibit M

**Shakti Kali Kaloczi** was live.

January 18 at 2:34 AM · 🌐

For anyone not sure about their twin flame community ! #cult
#listentoyourgut #intuition #harmoniousunion



**Love**
Daye Julia Williamson
Arcelia Francis
Dimitra Diya Jhugroo
Barbara R Hames
Malik Rehan
Ash Gomes
Diana Bonnaha
Melissa Malysh
Celeseah Kumara
Serena Weatherall
Marie Kinchin
Munna Bhai
Michelle Oliver

❤️👍 25                          3 Comments  3 Shares  488 Views

👍 Like              💬 Comment              ↪ Share

Most Relevant ▾

Write a comment...                    ☺ 📷 GIF 🎟