UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM, INC., et al,
    Plaintiffs,

-vs-                                      Case No. 2:20-cv-11659

                                                  Hon. Gershwin A. Drain

ARCELIA FRANCIS HUGUES, et al,
    Defendants.

_____

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT ARCELIA FRANCIS HUGUES TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION TO DISMISS

This matter is before the Court on the stipulation of the parties as evidenced by the signature of, myself, Defendant *pro se*, Arcelia Francis Hugues and Plaintiffs' counsel below. Both parties have discussed and agreed to extend my reply to their response to my Motion to Dismiss by two weeks until December 18th 2020, so that I may contact my legal advisors during the business week before proceeding. This agreement was discussed via email between the Defendent, and the Plaintiff's Council, Justin Mercer.

Dated: December 11, 2020        s/Gershwin a. Drain_____
                                              Hon. Gershwin A. Drain
                                              United States District Court Judge

<u>/s/ Justin Mercer</u>
By: Justin Mercer
Counsel for Plaintiffs
81 Prospect Street Suite 8001
Brooklyn, NY 11201
Telephone: (718) 243-9326
Email: justin@iLawco.com

<u>/s/ Arcelia Francis Hugues</u>
By: Arcelia Francis Hugues, Defendant
*Pro Se*
7994 State Route 20
Madison, NY 13402
Telephone: (315) 404-9442
Email: archaicarcelia@zoho.com

Dated: September 5, 2020