UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM INCORPORATED
    Plaintiff,

-vs-                                                Case No. 2:20-cv-11659

                                                      Hon. Gershwin A. Drain

ARCELIA FRANCIS HUGUES,
    Defendant.

---

### STIPULATED ORDER EXTENDING TIME FOR DEFENDANT *PRO SE* ARCELIA FRANCIS HUGUES TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on the stipulation of the parties as evidenced by the signature of Defendant *pro se*, Arcelia Francis Hugues ("Ms. Hugues"), and Plaintiffs' counsel below.

Ms. Hugues contacted the Federal Pro Se Legal Assistance Clinic ("the Clinic") on December 9, 2020 to request assistance replying to Plaintiffs' Response to Defendant's Motion to Dismiss. The current deadline for Ms. Hugues to file her reply is Friday, December 18, 2020. The Clinic, which is staffed by University of Detroit Mercy Law Students, is currently operating in a limited capacity because students have been taking final exams and the semester is ending. In addition, the Clinic will be closed from December 24, 2020 until January 4, 2021 for the holiday break. On January 4, 2021, an entirely new group of students will be onboarding. As

a result, the Clinic initially requested an extension of an additional 30 days. Plaintiffs have agreed to an extension until January 11, 2021 and have indicated that there are further issues they wish to discuss before agreeing to any further extension. Therefore, this Stipulated Order is being submitted without prejudice to Ms. Hugues' right to seek a further extension and to Plaintiffs' right to oppose such request.

The Court has read the stipulation, finds good cause for the entry of this order pursuant to Fed. R. Civ. P. 6(b)(1)(A).

It is therefore ordered at the time for Defendant *pro se* Arcelia Francis Hugues to answer or otherwise respond to Plaintiffs' Response to Defendant's Motion to Dismiss [Dkt. No. 16] is extended through (and including) Monday, January 11, 2020.

Dated: December 21, 2020          s/Gershwin A. Drain_____
                                  Hon. Gershwin A. Drain
                                  United States District Court Judge


                                  /s/ Arcelia Francis Hugues
                                  By: Arcelia Francis Hugues
                                  Defendant *Pro Se*
                                  7994 State Route 20
                                  Madison, NY 13402
                                  (315) 404-9442
                                  archaicarcelia@zoho.com

/s/Matthew Kerry_____
By: Matthew Kerry
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, MI 48104
(734) 263-1193


Dated: December 18, 2020

### NOTICE OF LIMITED SCOPE ASSISTANCE

This document was drafted or partially drafted with the assistance of a lawyer licensed to practice in the State of Michigan, pursuant to MRPC 1.2(b). This document was prepared with the assistance of the Detroit Mercy Law Pro Se Legal Assistance Clinic, Theodore Levin U.S. Courthouse, Room 1044, 231 W. Lafayette Blvd., Detroit, MI 48226, Tel: 313-234-2690