UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM,
INC., *et al.*,

        Plaintiffs,

v.

        Case No.: 20-11659
        Hon. Gershwin A. Drain

LISA ELLE GIACOMINI, *et al.*,

        Defendants.
_____/

## **ORDER REQUIRING SUPPLEMENTAL BRIEFING**

On February 23, 2021, the United States Court of Appeals for the Sixth Circuit issued the decision *Blessing, et al. v. Chandrasekhar, et al.*, Nos. 20-5850/5852.  Because this decision addresses the issues raised in Defendant Hugues' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 10), the Court will require the parties to submit supplemental briefing addressing this decision and its impact upon the issues raised in Defendant's pending motion.

Accordingly, the parties SHALL file a Supplemental Brief, no longer than 5-pages in length, addressing the Sixth Circuit's recent decision and its impact upon the issues raised in Defendant Hugues' pending motion.  Plaintiffs and Defendant Hugues shall file their respective Supplemental Briefs no later than March 2, 2021.

SO ORDERED.

Dated: February 25, 2021 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and upon Arcelia Francis Hugues, 7994 State Route 20, Madison, NY 13402 and upon Detroit Mercy Law *Pro Se* Legal Assistance Clinic, Theodore Levin U.S. Courthouse, Room 1044, 231 W. Lafayette Blvd., Detroit, MI 48226 on February 25, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager