MATTHEW KERRY (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan, <br><br> Plaintiffs, <br><br> vs. <br><br> LISA ELLE GIACOMINI, et al., <br><br> Defendants. | Case No.: 2:20-cv-11659-GAD-DRG |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendants LISA ELLE GIACOMINI, ARCELIA FRANCIS HUGUES, and ELIZABETH "SHAKTI" KALOCZI.

DATED this 31st day of March, 2021.

                                                Respectfully submitted,

                                                */s/ Matthew Kerry*
                                                Matthew Kerry (P81793)
                                                Attorney for Plaintiffs

214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Michigan by using the CM/ECF system, and counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

                                                                             */s/ Matthew Kerry*