MATTHEW KERRY (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MISTY LENAE WARNER f/k/a LENAE BURCHELL, an individual resident of Texas; LOUISE COLE, an individual resident of Arizona; GREGORY ABBEY a/k/a MIGUEL ABBEY, an individual resident of Belgium; and ANDREA SCOTT, an individual resident of Florida,<br><br>          Defendants. | Case No.: 2:20-cv-11660-GAD-RSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendants MISTY LENAE WARNER f/k/a LENAE BURCHELL, GREGORY ABBEY a/k/a MIGUEL ABBEY, and ANDREA SCOTT.

 DATED this 31st day of March, 2021.

                                        Respectfully submitted,

/s/ *Matthew Kerry*
Matthew Kerry (P81793)
Attorney for Plaintiffs
214 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 263-1193
matt@kerrylawpllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Michigan by using the CM/ECF system, and counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

<i><u>/s/ Matthew Kerry</u></i>