UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM,
INC., *et al.*,

        Plaintiffs,

v.

Case No.: 20-11659
Hon. Gershwin A. Drain

LISA ELLE GIACOMINI, *et al.*,

        Defendants.
_____/

## ORDER CONTINUING STATUS CONFERENCE AND REQUIRING DEFENDANTS ARCELIA FRANCIS HUGUES AND ADAM KATSALE TO APPEAR FOR CONTINUED STATUS CONFERENCE ON JUNE 9, 2021 AT 3:00 P.M.

On June 2, 2021, the Court conducted a Status Conference in this matter. At the conference, counsel for Plaintiffs and Defendant Adam Katsale appeared. The other remaining Defendant, Arcelia Hugues, failed to appear for the conference. At the conference, Plaintiffs' counsel and Mr. Katsale discussed a resolution to this matter and agreed to engage in further discussions prior to the continued conference set for June 9, 2021.

Accordingly, the June 2, 2021 status conference is continued to June 9, 2021 at 3:00 p.m.

Defendants Adam Katsale and Arcelia Hugues SHALL appear for the continued status conference on <u>June 9, 2021 at 3:00 p.m.</u>

SO ORDERED.

Dated:  June 4, 2021                         <u>/s/Gershwin A. Drain</u>
                                                       GERSHWIN A. DRAIN
                                                       United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys on
June 4, 2021, by electronic and/or ordinary mail.
<u>/s/ Teresa McGovern</u>
Case Manager