UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>Plaintiffs,<br><br>vs.<br><br>LISA ELLE GIACOMINI, et al.,<br><br>Defendants. | Case No.: 2:20-cv-11659-GAD-DRG<br><br>STIPULATION OF VOLUNTARY DISMISSAL as to Adam Katsale |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Adam Katsale, hereby stipulate and agree, through undersigned counsel, that this action against Defendant and all claims and counterclaims that were brought or could have been brought in the above-captioned action are voluntarily dismissed with prejudice. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs.

Dated:  June 15, 2021

*Matthew Kerry*
_____
MATTHEW KERRY (P81793)
214 S Main St. Suite 200
Ann Arbor, MI 48104
Tel: (734) 263-1193
Fax: (734) 661-0765
Email: matt@kerrylawpllc.com

*Attorneys for Plaintiffs*

*Katsale*
_____
Adam Katsale

8 Hemlock Lane
Roslyn Heights, NY 11577
Telephone: 917-734-0245
Email: ascensionexpress1111@gmail.com

*Defendant Pro Se*