UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM,
INC., *et al*.,

        Plaintiffs,

v.

ADAM KATSALE,

        Defendant.
_____/

Case No.: 20-11659
Honorable Gershwin A. Drain

## ORDER OF DISMISSAL WITH PREJUDICE

On June 15, 2021, Plaintiffs and Defendant Adam Katsale filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agreeing that all claims and counterclaims that were brought or could have been brought in this action are voluntarily dismissed with prejudice and agreeing each side is to be responsible for its own attorney fees and costs. *See* ECF No. 32. However, the parties' Stipulation was improperly filed as a "Motion to Dismiss by all Plaintiffs," on the docket. *Id.* The Clerks' Office noted the error on the case's docket sheet.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Stipulation, Plaintiffs' claims against Defendant Katsale are HEREBY DISMISSED WITH PREJUDICE. Defendant Katsale's counterclaims

against Plaintiffs are likewise DISMISSED WITH PREJUDICE. The parties shall bear and be solely responsible for their own attorneys' fees and costs. Plaintiffs' "Motion to Dismiss" [#32] is DENIED.

SO ORDERED.

Dated: June 16, 2021     /s/Gershwin A. Drain
         GERSHWIN A. DRAIN
         United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys on
June 16, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2