UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>             Plaintiffs,<br><br>      vs.<br><br>LISA ELLE GIACOMINI, et al.,<br><br>             Defendants. | Case No.: 2:20-cv-11659-GAD-DRG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL as to Arcelia Francis Hugues** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Arcelia Francis Hugues, hereby stipulate and agree, through undersigned counsel, that all claims in the above-captioned action are voluntarily dismissed without prejudice. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs.

Dated:  April 28, 2021

| | |
|---|---|
| __/Matthew Kerry_____<br>MATTHEW KERRY (P81793)<br>214 S Main St. Suite 200<br>Ann Arbor, MI 48104<br>Tel: (734) 263-1193<br>Fax: (734) 661-0765<br>Email: matt@kerrylawpllc.com<br><br>*Attorneys for Plaintiffs* | _____/Arcelia Hugues_____<br>By: Arcelia Francis Hugues<br><br>7994 State Route 20<br>Madison, NY 13402<br>Telephone: (315) 404-9442<br>Email: archaicarcelia@zoho.com<br><br>*Defendant Pro Se* |