## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM INC., a Michigan corporation; MIND ALIGNMENT PROCESS INC., a Michigan corporation; JEFFREY AYAN, an individual resident of Michigan; and SHALEIA AYAN, an individual resident of Michigan,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LISA ELLE GIACOMINI, et al.,<br><br>　　　　Defendants. | Case No.: 2:20-cv-11659-GAD-DRG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL as to Arcelia Francis Hugues** |

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Arcelia Francis Hugues, hereby stipulate and agree, through undersigned counsel, that this action against Defendant and all claims that were brought or could have been brought in the above-captioned action are voluntarily dismissed with prejudice. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs.

　　Dated:  June 23, 2021

| | |
|---|---|
| /s/Matthew Kerry | /Arcelia Hughes |
| MATTHEW KERRY (P81793) | By: Arcelia Francis Hugues |
| 214 S Main St. Suite 200 | |
| Ann Arbor, MI 48104 | 7994 State Route 20 |
| Tel: (734) 263-1193 | Madison, NY 13402 |
| Fax: (734) 661-0765 | Telephone: (315) 404-9442 |
| Email: matt@kerrylawpllc.com | Email: archaicarcelia@zoho.com |
| *Attorneys for Plaintiffs* | *Defendant Pro Se* |

So Ordered.

Dated: June 23, 2021               s/Gershwin A. Drain

                                                  U.S. District Court Judge