UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM,
INC., *et al.*,

        Plaintiffs,

v.

LISA ELLE GIACOMINI, *et al.*,

        Defendants.
_____/

Case No.: 20-11659
Honorable Gershwin A. Drain

## **ORDER OF DISMISSAL WITH PREJUDICE**

On June 23, 2021, Plaintiffs and Defendant Arcelia Francis Hugues filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) agreeing that all claims that were brought or could have been brought in this action are voluntarily dismissed with prejudice and with each side agreeing to be responsible for its own attorney fees and costs.  *See* ECF No. 35.

Accordingly, pursuant to the parties' Stipulation, Plaintiffs' claims against Defendant Hugues are DISMISSED WITH PREJUDICE.  The parties shall bear and be solely responsible for their own attorneys' fees and costs.

    SO ORDERED.

Dated:  June 24, 2021

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys on
June 24, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager